# UNITED STATES BANKRUPTCY COURT
## Western District of New York

Debtor(s) *Donna McChesney*                    Bankruptcy Case No. *04-23587*

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
### (INCLUSIVE OF ADMINISTRATIVE FEE & TRUSTEE FEE)

In accordance with Bankruptcy Rule 1006, application is made for permission to pay the filing fee in installments. The number of installments shall not exceed four (4) and the final installment shall be payable not later than 120 days after the filing of the petition. I propose the following terms for payment.

$ *52.00* with the filing of the petition, or on or before *Aug 17, 2004*, and the balance in payments of
$ *52.00* by *Sept 7, 2004*, $ *52.00* by *Oct 7, 2004*, and
$ *53.00* by *Nov. 7, 2004*.

I certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee is paid in full, and **I CERTIFY THAT I AM UNABLE TO PAY THE FILING FEE IN FULL UPON THE FILING OF THIS PETITION FOR THE FOLLOWING REASON(S):** *because of my income and my debt ratio*

_____

*Aug 18, 2004*                                   *Donna McChesney*
Date                                             Signature of Applicant(s)

I certify that I have discussed with the debtor(s) his or her inability to pay the filing fee except in installments, and the supporting reason(s) for that inability is true and accurate to the best of my knowledge.

_____                          _____
Date                                             Signature of Attorney

I certify that I have discussed with the debtor(s) his or her inability to pay the filing fee except in installments; and the supporting reason(s) for that inability is true and accurate to the best of my knowledge. I am a bankruptcy preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

                                                 \SS#_____
_____                          _____
Date                                             Signature of Bankruptcy Preparer

## ORDER

**IT IS ORDERED** that the debtor pay the filing fee in installments on the terms set forth in the foregoing application.

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

**IT IS FURTHER ORDERED THAT IF THE FILING FEE IS NOT FULLY PAID BY THE CLOSE OF BUSINESS ON _12-11-04_ THIS CASE SHALL BE DISMISSED WITHOUT THE NEED FOR FURTHER COURT ORDER.**

_____                          _____
Date                                             JOHN C. NINFO, II,    Chief U.S. Bankruptcy Judge